1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIRK ARDELL SJODIN,

          Petitioner,

   v.

STATE OF CALIFORNIA, et al.,

          Respondents.

Case No. 23-cv-00197-WHO (PR)

**ORDER OF TRANSFER**

     Petitioner Kirk Ardell Sjodin challenges California state convictions he received in Kern County, which lies in the Eastern District of California.  Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction. 28 U.S.C. §§ 84(b), 1404(a), 2241(d); Habeas L.R. 2254-3(b).  The Clerk shall transfer this action forthwith.

     **IT IS SO ORDERED.**

**Dated:**  February 13, 2023



WILLIAM H. ORRICK
United States District Judge